UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sara E.,

          Plaintiff,

v.

Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; Immigration and Customs Enforcement; Daren K. Margolin, Director for Executive Office for Immigration Review; Executive Office for Immigration Review; and David Easterwood, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement,

          Defendants.

Case No. 26-cv-335 (DSD/DJF)

**ORDER**

**IT IS HEREBY ORDERED THAT:**

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Sara E. on or before **January 19, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition; and

      b.      A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

      c.      Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.      If Petitioner intends to file a reply to Respondents' answer, he must do so on or before **January 21, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 16, 2026                               *s/ Dulce J. Foster*
                                                                   Dulce J. Foster
                                                                   United States Magistrate Judge